In the Matter of the Application of ALEX DI BRIZZI, Appellant. JOSEPH M. PROSKAUER et al., Constituting the New York State Crime Commission, et al., Respondents.— Order unanimously affirmed and the motion to quash the subpœnas denied. We pass upon no other question at this time. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [199 Misc. 670.]

(Republish.)

■

In the Matter of MARGARET N. SANDFORT, Respondent, against RICHARD L. SANDFORT, Appellant.— Resettled order unanimously modified in accordance with opinion herein and, as so modified, affirmed, without costs, and the appeals from the other orders dismissed. Opinon by Van Voorhis, J. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., concurs in the result in a concurring opinion. Settle order on notice. [See *ante*, p. 331.]